UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID R. ZELMER,

    Plaintiff,

v.

KRISTIN M. MERRILL and AMBER GLENDENING,

    Defendants.

_____/

Case No. 1:21-cv-916

HONORABLE PAUL L. MALONEY

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) and (b)(1) from further participation in this case due to a potential conflict.  The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated:  November 1, 2021

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge