UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DAVID R. ZELMER #510885,

    Plaintiff,

v

KRISTIN M. MERRILL, Michigan Department of Corrections Probation Officer and AMBER GLENDENING, Probation Supervisor, in their personal and official capacities,

    Defendants.

NO. 1:21-cv-00916

HON. ROBERT J. JONKER

MAG. SALLY J. BERENS

---

| | |
|---|---|
| Anne L. Buckleitner (P59832)<br>Attorney for Plaintiff Zelmer<br>Conybeare Law Office PC<br>519 Main St.<br>St. Joseph, MI 49085<br>(269) 983-0561<br>anne@conybearelaw.com | Scott R. Rothermel (P70711)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>   Glendening & Merrill<br>Michigan Dept. of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>rothermels@michigan.gov |

---

**STIPULATED ORDER TO EXTEND TIME FOR
MDOC DEFENDANT GLENDENING TO RESPOND TO PLAINTIFFS'
COMPLAINT**

Upon stipulation of the parties as Defendant Amber Glendening's counsel, and the Court being otherwise fully advised in the premises,

**IT IS SO HEREBY ORDERED** that Defendant Amber Glendening's Response to Plaintiff's Complaint (ECF No. 1) will be due on December 29, 2021.

IT IS SO ORDERED.

Dated: November 29, 2021

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
United States District Judge

It is so Stipulated:

| | |
|---|---|
| _/s/ Anne L. Buckleitner (w/permission)_ | _/s/ Scott R. Rothermel_ |
| Anne L. Buckleitner (P59832) | Scott R. Rothermel (P70711) |
| Attorney for Plaintiff Zelmer | Assistant Attorney General |
| Conybeare Law Office PC | Attorney for MDOC Defendants |
| | Michigan Dept. of Attorney General |
| Dated: November 22, 2021 | MDOC Division |
| | |
| | Dated: November 22, 2021 |