UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID R. ZELMER,

    Plaintiff,

v.

KRISTIN M. MERRILL, et al.,

    Defendants.

_____/

Case No. 1:21-cv-916

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants and against Plaintiff.


Dated:  October 31, 2023

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge